DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## HENDERSON COUNTY v. OSTEEN

No. 88 PC.

Case below: 28 N.C. App. 542.

Petition for discretionary review under G.S. 7A-31 allowed 6 April 1976.

## HOMANICH v. MILLER

No. 82 PC.

Case below: 28 N.C. App. 451.

Petition for discretionary review under G.S. 7A-31 denied 6 April 1976.

## IN RE LANCASTER

No. 50 PC.

Case below: 28 N.C. App. 295.

Petition for discretionary review under G.S. 7A-31 allowed 8 April 1976. Motion by Thurman P. Thomas to dismiss appeal for lack of substantial constitutional question denied 8 April 1976.

## IN RE PAUL

No. 98 PC.

Case below: 28 N.C. App. 610.

Petition for discretionary review under G.S. 7A-31 denied 5 April 1976. Motion of Attorney General to dismiss appeal allowed 5 April 1976.

## IN RE WILL OF ROSE

No. 59 PC.

Case below: 28 N.C. App. 38.

Petition by First Baptist Church of Arlington for discretionary review under G.S. 7A-31 denied 6 April 1976.